**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

BODYGUARD PRODUCTIONS, INC.,
a Nevada Corporation

**MONTHLY STATUS REPORT**

COMES NOW Bodyguard Productions, Inc., ("Plaintiff"), by its attorneys, Brown & Kannady, LLC, and submits the following status report to inform the Court of the status of service in this case:

**Civil Action No. 17-cv-2689-WYD-MEH:**  No New Activity.

**Civil Action No. 17-cv-2726-WYD-MEH:**  No New Activity.

**Civil Action No. 17-cv-2803-WYD-MEH:**  No New Activity.

**Civil Action No. 17-cv-2808-WYD-MEH:**  Doe 20 Dismissed with prejudice 3.2.18.

**Civil Action No. 17-cv-2899-WYD-MEH:**  No New Activity.

**Civil Action No. 17-cv-2924-WYD-MEH:**  Doe 8 Dismissed with prejudice 3.9.18.

**Civil Action No. 17-cv-2935-WYD-MEH:**  No New Activity.

**Civil Action No. 17-cv-3012-WYD-MEH:**  No New Activity.

**Civil Action No. 17-cv-3031-WYD-MEH:**  Doe 24 Dismissed with prejudice 2.20.18.

**Civil Action No. 17-cv-3054-WYD-MEH:**  No New Activity.

**Civil Action No. 17-cv-3156-WYD-MEH:**  Doe 8 Dismissed with prejudice on 2.20.18; Doe 20 Dismissed with prejudice 2.20.18; Doe 6 Dismissed with prejudice 2.22.18; Doe 5 Dismissed with prejudice on 2.22.18.

**Civil Action No. 17-cv-3168-WYD-MEH:**  Doe 16 Dismissed with prejudice on 2.21.18;  Doe 4 Dismissed with prejudice 3.7.18.

**Civil Action No. 18-cv-0062-WYD-MEH:** Doe 4 Dismissed with prejudice 2.20.18: Doe 3 Dismissed with prejudice 2.20.18; Doe 25 Dismissed with prejudice 2.20.18; Doe 18 Dismissed without prejudice 2.12.18; Doe 23 Dismissed with prejudice 2.20.18; Demand Letters mailed 2.23.18.

**Civil Action No. 18-cv-0119-WYD-MEH:** Doe 13 Dismissed with prejudice 2.22.18; Demand Letters mailed 2.27.18; Doe 3 Dismissed with prejudice 3.2.18; Doe 9 Dismissed with prejudice 3.8.18; Doe 16 Dismissed with prejudice 3.9.18.

Respectfully submitted this 12th day of March 2018.

                      BROWN & KANNADY, LLC

                      **/s/ Scott T. Kannady**

                      Scott T. Kannady, No. 29995
                      2000 South Colorado Blvd., Suite 2-440
                      Denver, CO 80222
                      Phone: (303) 757-3800
                      Fax: (303) 757-3815
                      E-mail:  scott@brownlegal.com
                      ATTORNEYS FOR PLAINTIFF